

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

May 18, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 18 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

District Clerk Nacogdoches County
101 W. Main
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**Re:  CANTON, JAMARIOS LECHRISTOPHER**
**CCA No.**  WR-81,430-02
**COA No.** 12-12-00118-CR
**Trial Court Case No.**  F1017409-B

The Court of Criminal Appeals has this day issued a mandate for the above-referenced and styled case number.  The mandate will be transmitted electronically only.

---

### ***DISTRICT CLERK***
### MANDATE RECEIPT ACKNOWLEDGEMENT

Pursuant to Rule 51.2(a)(1) T.R.A.P, please acknowledge receipt of the mandate of the Court of Criminal Appeals in the above numbered and styled case via this email link.

---

Sincerely,

Abel Acosta, Clerk

cc:    12th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
Presiding Judge 145th District Court
District Attorney Nacogdoches County (DELIVERED VIA E-MAIL)
Jamarios LeChristopher Canton



# TEXAS COURT OF CRIMINAL APPEALS

Austin, Texas

FILE-COPY

## M A N D A T E

**TRIAL COURT NO. F1017409-B**

FILED IN COURT OF APPEALS
12th Court of Appeals District

**MAY 18 2015**

TYLER TEXAS
CATHY S. LUSK, CLERK

**COURT OF APPEALS NO. 12-12-00118-CR**

**THE STATE OF TEXAS,**

**TO THE <u>145TH DISTRICT COURT OF NACOGDOCHES COUNTY</u> GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **APRIL 22, 2015**, the cause upon an Application for Writ of Habeas Corpus styled;

### EX PARTE JAMARIOS LECHRISTOPHER CANTON

**CCRA NO. WR-81,430-02**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, because it is the Opinion of this Court that the relief prayed for should be **GRANTED**, it is **ORDERED, ADJUDGED AND DECREED** that an **out-of-time Petition for Discretionary Review** is **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE**, We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, May 18, 2015**.

**ABEL ACOSTA**, Clerk
By: Deana Williamson, Deputy Clerk